**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Bank of North Carolina, Respondent,

v.

Amy Breunig, Appellant.

Appellate Case No. 2011-200106

Appeal from Horry County
Ralph P. Stroman, Special Referee

Memorandum Opinion No. 2013-MO-011
Heard April 3, 2013 – Filed April 10, 2013

**AFFIRMED**

William I. Diggs, of Law Office of William Isaac Diggs,
of Myrtle Beach, for Appellant.

Vonda D. Hamilton and Stacy L. Stanley, both of Stanley
Law Firm, LLC, of Little River, for Respondent.

**PER CURIAM:** This is a direct appeal from the special referee's denial of a motion for relief from default pursuant to Rule 60(b), SCRCP, in a foreclosure action. We affirm pursuant to Rule 220(b)(1), SCACR, and the following authority: *Sundown Operating Co. v. Intedge Indus., Inc.*, 383 S.C. 601, 607, 681

S.E.2d 885, 888 (noting "[t]he decision whether to set aside an entry of default or a default judgment lies solely within the sound discretion of the trial judge" and "[t]he trial court's decision will not be disturbed on appeal absent a clear showing of an abuse of that discretion").

**AFFIRMED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**